AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet I

# UNITED STATES DISTRICT COURT

District of South Dakota, Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>NICHOLAS DEAN GANSKE | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  CR02-40090-01<br>USM Number: 08234-073<br><br>William Delaney, III<br>Defendant's Attorney |

**FILED**

**DEC 19 2007**

CLERK

**THE DEFENDANT:**

■ admitted guilt to violation of standard condition(s) # 6 & 7 and special condition(s) # 2 of the term of supervision.

☐ was found in violation of condition(s) #    after denial of guilt.

The defendant is adjudicated guilty of these violation(s):

*Returnedé*

**FILED**

**FEB 27 2008**

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possess and use a controlled substance, methamphetamine, in violation of standard condition #7. | 07/07/2005 |
| 2 | Possess and use a controlled substance, marijuana, in violation of standard condition #7. | 07/09/2005 |
| 5 | Failure to notify probation office of change in residence, in violation of standard condition #6. | 11/08/2006 |
| 6 | Failure to participate in Outpatient Substance Abuse Treatment with Choices as directed, in violation of special condition #2. | 11/13/2006 |
| 8 | Failure to notify probation office of change in employment, in violation of standard condition #6. | 09/14/2007 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant the statutory and constitutional authority vested in this court.

■ The allegation that the defendant violated standard condition(s) # 7 as alleged in violation (s) #3, 4, 9 & 10 and special condition(s) # 10 as alleged in violation(s) #7 are dismissed.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

12/19/2007
Date of Imposition of Judgment

Signature of Judge

Hon. Lawrence L. Piersol, United States District Judge
Name and Title of Judge

Dec. 19, 2007
Date

AO 245B   (Rev. 12/03) Judgment in Criminal Case
          Sheet 2 — Imprisonment

DEFENDANT:    NICHOLAS DEAN GANSKE                                    Judgement - Page __2__ of __4__
CASE NUMBER:  CR02-40090-01

## IMPRISONMENT

■ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
   six (6) months.

□ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

□ The defendant shall surrender to the United States Marshal for this district:

   □ at _____ □ a.m.   □ p.m. on _____.

   □ as notified by the United States Marshal.

□ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   □ before 2 p.m. on _____.

   □ as notified by the United States Marshal.

   □ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___2-20-08___ to ___Federal Prison Camp___

at ___Duluth, MN___, with a certified copy of this judgment.

                                    ___M. Crut, Warden___
                                    UNITED STATES MARSHAL

                            By ___L. Molis, JSO___
                                    DEPUTY UNITED STATES MARSHAL